# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 15, 2025

**BY ECF**

**MEMO ENDORSED**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Peter Hardie**
      **23 Cr. 405 (LTS)**

Dear Chief Judge Swain:

    I write to respectfully request a 90-day adjournment of Mr. Hardie's sentencing and corresponding extension of the sentencing submission deadlines in the above-captioned matter, and an adjournment of his arraignment on the Violation of Supervised Release in docket 24 Cr. 610 (LTS), both of which are currently scheduled for June 23, 2025 at 2:30 pm. The government does not object to this request.

    Mr. Hardie needs additional time prepare mitigation materials for sentencing, review counsel's sentencing submission, and ensure his family members are able to attend his sentencing proceeding. He still intends to be arraigned on, plead guilty to, and be sentenced on the specifications in docket 24 Cr. 610 (LTS) the same date as his sentencing in this matter. The defense is generally available any day of the week with the exception of Mondays and Wednesdays after 3:00 pm.

Thank you for your consideration of this request, which will enable defense counsel to provide effective assistance of counsel at sentencing.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Peter Hardie*

cc: Counsel of record

**SO ORDERED:**

_____
**HON. LAURA TAYLOR SWAIN**
United States District Judge

The foregoing request is granted. The sentencing is hereby scheduled for **September 16, 2025, at 2:30pm**.
SO ORDERED.
5/15/2025
/s/ Laura Taylor Swain, Chief USDJ

2