UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                               No.  23-CR-405-LTS-3

PETER HARDIE,                                                      ORDER

        Defendant.

-------------------------------------------------------x

        The Government requests that the unredacted version of the Government's sentencing submission (docket entry no. 143) be filed under seal.  This request is granted for the reasons mentioned in the Government's sentencing submission.

        Likewise, the Defendant requests that the unredacted version of the Defendant's sentencing submission be filed under seal.  This request is granted for the reasons mentioned in the Defendant's sentencing submission.

        The parties are directed to take hard copies of the referenced unredacted documents to the Records Room of the Clerk's Office for sealed filing, together with a copy of this order.  The Defendant is also directed to file a redacted version of his sentencing submission on the public docket.

        SO ORDERED.

Dated: New York, New York                            /s/ Laura Taylor Swain
      October 8, 2025                                   LAURA TAYLOR SWAIN
                                                              Chief United States District Judge